# Court of Appeals
# of the State of Georgia

ATLANTA, January 15, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0197. J.T. v. HENRY COUNTY BOARD OF EDUCATION.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, January 15, 2016*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*